1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JOSIAH BOURNES (CABN 272316)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7181
7         Fax: (415) 436-7027
          Josiah.Bournes@usdoj.gov
8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,              )   Case No. 3:24-mj-71194 MAG
                                           )
13            Plaintiff,                    )   **STIPULATION TO EXCLUDE TIME UNDER**
                                           )   **THE SPEEDY TRIAL ACT AND FEDERAL**
14       v.                                 )   **RULE OF CRIMINAL PROCEDURE 5.1 § § (a)-**
                                           )   **(d) AND ORDER**
15  RODNEY WILLIAMS                        )
                                           )
16            Defendant.                    )
                                           )
17  _____   )

18        On August 14, 2024, defendant appeared in custody for an initial appearance on a two-count

19  Complaint. The Complaint charges the defendant with: (1) Possession with Intent to Distribute

20  Methamphetamine in violation of 21 U.S.C. 841 (a)(1) and (b)(1)(C) and (2) Prohibited Person in

21  Possession of a Firearm in violation of 18 U.S.C. 922 (g)(1). Both charges arise out of an incident

22  occurring on July 24, 2024.

23        The government moved for detention on the basis that the defendant was a danger to the

24  community and a flight risk. The defense requested a continuance of the detention hearing until August

25  20, 2024.

26        Counsel for the government and counsel for the defendant met and conferred on August 14, 2024

27

28  STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF
    CRIMINAL PROCEDURE 5.1 (d) AND ORDER        1

after the hearing. The defendant intends to waive his detention hearing and written findings at the upcoming August 20, 2024 hearing date. At that same hearing on August 20, the parties will jointly request a status hearing on September 10, 2024, to allow the parties to: produce further discovery and mitigation, engage in offer discussions, and, determine whether the parties may be able to resolve the case without the need for Indictment.

Thus, the parties stipulate to the following:

1) On August 20, 2024, the parties will be jointly requesting a status hearing on September 10, 2024.

2) There is a basis to exclude time of all applicable periods under the Speedy Trial Act from August 14, 2024, through the hearing on August 20, 2024, and from that date through the proposed status hearing on September 10, 2024.

3) There is a basis to exclude time from August 14, 2024, through the hearing on August 20, 2024, and from that date through the proposed hearing on September 10, 2024, from computation of the time period in which he must be charged pursuant to Federal Rule of Criminal Procedure § § 5.1(a)- (d).

4) On September 10, 2024, the parties will inform the Court whether they intend to continue to stipulate to the exclusion of time.

5) The parties further agree that time should be excluded in order to provide reasonable time necessary for effective preparation of counsel, outweighing the interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Federal Rule of Criminal Procedure §§ 5.1(a) -(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

1   DATED:  August 15, 2024                          Respectfully submitted,

2                                                     ISMAIL J. RAMSEY
                                                      United States Attorney
3

4                                                     */s/ Josiah Bournes*
                                                      JOSIAH BOURNES
5                                                     Assistant United States Attorney

6

7   DATED:  August 15, 2024                          DANIEL BLANK
                                                      Senior Litigation
8                                                     Federal Public Defender

9                                                     */s/ Daniel Blank*
                                                      DANIEL BLANK
10                                                    Counsel for Defendant Ronald Williams

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF
    CRIMINAL PROCEDURE 5.1 (d) AND ORDER       3

1

**ORDER**

2      Based on the parties' showing of good cause — the Court finds good cause for extending the 14-

3  day time period for charging (or preliminary hearing) under Federal Rule of Criminal Procedure § 5.1

4  (a)-(d). The Court further finds good cause to exclude all applicable time periods under the Speedy Trial

5  Act (including the 30 day time period for charging via indictment and trial).  *See* Fed. R. Crim. P. 5.1;

6  18 U.S.C. § 3161(b). The Court excludes all applicable time periods from August 14, 2024 through

7  September 10, 2024.

8      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

9  Court also finds that failing to exclude the time from August 14, 2024 through September 10, 2024,

10 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective

11 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

12 Court further finds that the ends of justice served by excluding the time from August 14, 2024 through

13 September 10, 2024 from computation under the Speedy Trial Act outweigh the best interests of the

14 public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS

15 HEREBY ORDERED that the time from August 14, 2024 through September 10, 2024 shall be

16 excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

17      IT IS SO ORDERED.

18

19 DATED: August 16, 2024

20                                         HON. LISA J. CISNEROS
                                           United States Magistrate Judge
21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF
CRIMINAL PROCEDURE 5.1 (d) AND ORDER